**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00697-CR

**ALLEN MAURICE LITTLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-51721-Y**

## ORDER

On September 2, 2014, this Court adopted the trial court's finding that court reporter Sharon Hazlewood would file the reporter's record within thirty days of the August 25, 2014 findings made by the trial court. We ordered Ms. Hazlewood to file the complete reporter's record, including exhibits, by September 26, 2014. When the record was not filed by October 8, 2014, we ordered Ms. Hazlewood to file the reporter's record by October 24, 2014. We further stated that no extensions would be granted and warned that failure to do so would result in the Court ordering that she not sit as a court reporter until the record is filed.

Rather than filing the reporter's record by October 24, 2014, on Sunday, October 26, 2014, Ms. Hazlewood filed a request for an extension of time to file the reporter's record. The

extension request, which is dated July 25, 2014, asks for an extension until September 1, 2014 to file the reporter's record. We **DENY** the extension request.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including exhibits, by **NOVEMBER 5, 2014**. We further **ORDER** that Sharon Hazlewood not sit as a court reporter until the reporter's record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE